IN THE MATTER OF THE APPEAL OF PERRY GLEAVES FROM HIS SUSPENSION ON NOVEMBER 30th, 1935, AND SUBSEQUENT DISMISSAL ON DECEMBER 4th, 1935, FROM THE POSITION OF CLEANER AND HELPER AT THE CONVENTION HALL, DEPARTMENT OF PARKS AND PUBLIC PROPERTY, CAMDEN, NEW JERSEY.

Decided March 6, 1936.

For the prosecutor, *E. G. C. Bleakly.*

LLOYD, J. In the matter of the application of the city of Camden for a writ of *certiorari* to review the action of the civil service commission in setting aside the dismissal by the city commissioners of one Perry Gleaves, I have examined the testimony taken and think the proofs so clearly justify the action of the civil service commission that the application for writ of *certiorari* to review such action should be refused.

It is accordingly denied.